# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America
v.
PHILLIP HANEY

Case No: 2:98CR20022-001
USM No: 05577-010

Date of Original Judgment: 01/22/1999
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Bruce D. Eddy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 292 months **is reduced to** 210 and

the term of 8 years of supervised release is reduced to 6 years of supervised release.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/22/1999 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/27/2019

/s/ Robert T. Dawson
*Judge's signature*

Effective Date:
*(if different from order date)*

Honorable Robert T. Dawson, United States District Judge
*Printed name and title*